# VERIFIED RETURN OF SERVICE

Job # MIA31137

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
ERIK BARRAGAN
-versus-
**DEFENDANT:**
ILLUZIEN LLC

U.S.D.C. FOR THE CENTRAL DISTRICT OF CALIFORNIA

Court Case # **5:25-CV-02794-KK-MAA**

**Service Info:**

**Date Received: 4/16/2026** at **03:59 PM**
**Service:** I Served **ILLUZIEN LLC C/O GREGGORY FRITSCH**
With: **SUMMONS, COMPLAINT**
by leaving with **Greggory Fritsch, REGISTERED AGENT**

**At Residence 15859 MEAGHER ST FOUNTAIN VALLEY, CA 92708**
On **5/6/2026** at **07:30 PM**
**Manner of Service: USDC Summons**
Service has been completed pursuant to Federal Rule of Civil Procedure (4)

**Served Description: (Approx)**

Age: **45**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 10"**, Weight: **200**, Hair: **Black** Glasses: **No**

I **Brenan Sano** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:______________________________
**Brenan Sano**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 228-4029

Our Job # **MIA31137** Client Ref # **Barragan v. Illuzien LLC**